IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RONNIE L. CHAPMAN
ADC #100054                                                                                                 PLAINTIFF

v.                      No. 5:15-cv-103-DPM-JTK

LARRY NORRIS, Director, ADC; WENDY KELLEY,
Director, ADC; JAMES GIBSON, Warden, Delta
Regional Unit, ADC; DERWIN METCALF, Major,
Delta Regional Unit, ADC; LARRY MANNING,
Lieutenant, Delta Regional Unit, ADC;
SHAMONE MCPHADDEN, Classification Officer,
Delta Regional Unit, ADC; S. BAKER, Training
Officer, Delta Regional Unit, ADC; WILLIAMS,
Corporal, Delta Regional Unit, ADC; T. PERRY,
Sergeant, Delta Regional Unit, ADC                DEFENDANTS

## ORDER

Unopposed recommendation, № 9, adopted. FED. R. CIV. P. 72(b)(3) (1983 Addition to Advisory Committee Notes). Chapman's claims against Norris, Kelley, Metcalf, and Manning, are dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

8 June 2015