IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RONNIE L. CHAPMAN
ADC #100054                                                          PLAINTIFF

v.                          No. 5:15-cv-103-DPM-JTK

JAMES GIBSON, Warden, Delta Regional
Unit, ADC; SHAMONE McPHADDEN,
Classification Officer, Delta Regional Unit,
ADC; S. BAKER, Training Officer, Delta
Regional Unit, ADC; WILLIAMS, Corporal,
Delta Regional Unit, ADC; and T. PERRY,
Sergeant, Delta Regional Unit, ADC                              DEFENDANTS

ORDER

Unopposed partial recommendation, № 35, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Chapman's claims against Defendant Williams are dismissed without prejudice for lack of service.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 November 2015