# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

RONNIE L. CHAPMAN
ADC #100054     PLAINTIFF

v.      No. 5:15-cv-103-DPM

LARRY NORRIS, Director, Arkansas
Department of Correction; WENDY KELLEY,
Director, ADC; JAMES GIBSON, Warden,
Delta Regional Unit, ADC; DERWIN METCALF,
Major, Delta Regional Unit, ADC; LARRY MANNING,
Lieutenant, Delta regional Unit, ADC; SHAMONE
McPHADDEN, Classification Officer, Delta Regional
Unit, ADC; SHAY BAKER, Training Officer, Delta
Regional Unit, ADC; WILLIAMS, Corporal, Delta
Regional Unit, ADC; and TONI PERRY, Sergeant,
Delta Regional Unit, ADC     DEFENDANTS

## JUDGMENT

**1.** Chapman's official-capacity claims for damages are dismissed with prejudice.

**2.** Chapman's claims against Perry and Baker are dismissed with prejudice.

**3.** All other claims are dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

1 December 2017